IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FERRING PHARMACEUTICALS INC., FERRING INTERNATIONAL CENTER, S.A., FERRING B.V., and POLYPEPTIDE LABORATORIES A/S,<br><br>  Plaintiffs,<br><br>  v.<br><br>FRESENIUS KABI USA, LLC.,<br><br>  Defendant. | ) ) ) ) ) ) ) ) ) C.A. No. 20-431 (MN) ) ) ) ) ) |

## ORDER AFTER PRETRIAL CONFERENCE

AND NOW, this 21st day of January 2022, after a Pretrial Conference and upon consideration of the Proposed Pretrial Order (D.I. 169, 170) and the discussion at the January 11, 2022 Pretrial Conference, IT IS HEREBY ORDERED that:

1.  The Proposed Pretrial Order is **ADOPTED** as modified by any discussion at the Pretrial Conference.  (*See* D.I. 185).

2.  A remote bench trial will begin on Monday, January 24, 2021 at 8:30 a.m. Subsequent trial days will begin at 8:30 a.m. and generally will end at 6:00 p.m., although the end of the trial day may, at the discretion of the Court, be earlier or later than 6:00 p.m.[1]

3.  The trial will be timed.  Each side is allowed up to ten (10) hours for its opening statement, direct and cross-examination of witnesses, closing arguments and argument of evidentiary issues.  Each party shall reserve at least one (1) hour of its ten (10) hours for closing

---

[1] On January 20, 2022, the parties filed a letter regarding the order and timing of the trial witnesses and requesting different start times on certain days to accommodate witnesses who reside in different time zones. (D.I. 188).  The Court will consider such requests on a request-by-request basis made during the trial.

arguments. Time during the trial day that does not neatly fit into one of those categories will be attributed to one side or the other as the Court deems appropriate.

4. Issues that need to be addressed may be taken up at 8:00 a.m., during the lunch break, or at the end of the day. Those issues – including objections to anticipated exhibits or demonstratives – must be brought to the attention of the Court's Judicial Administrator by 7:00 a.m. on the day on which the evidence objected to will be adduced. The objected to anticipated exhibits and/or demonstratives must be attached to the email sent to the Judicial Administrator with the objected to portions being highlighted, if possible. There will be at least thirty minutes for lunch as well as a fifteen-minute break in both the morning and the afternoon.

5. For the reasons stated at the Pretrial Conference, Plaintiff's three Motions *in Limine* (D.I. 170, Exs. 17–19) are DENIED-AS-MOOT and Defendant's Motions *in Limine* (D.I 170, Ex. 20) is DENIED. (*See* D.I. 185 at 3:2–7; 3:15–4:4).

6. As explained at the Pretrial Conference, the parties shall provide electronic copies of ALL trial exhibits to the Courtroom Deputy and Judicial Administrator by NOON on January 21, 2021. The trial exhibits must be labeled with JTX, DTX or PTX prefixes with exhibit numbers. Additionally, at the beginning of each trial day, the parties shall provide to the Courtroom Deputy and Judicial Administrator electronic copies of witness folders containing the exhibits and demonstratives (if any) to be used on direct examination and cross-examination of any witnesses expected to be called that day. The parties need not exchange the cross-examination witness folders among themselves, they are to be provided to the Court only.

7. Any trial logistics should be coordinated through the Courtroom Deputy.

*/s/ Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge