# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| FERRING PHARMACEUTICALS INC., FERRING INTERNATIONAL CENTER S.A., FERRING B.V., and POLYPEPTIDE LABORATORIES A/S<br><br>Plaintiffs,<br><br>v.<br><br>FRESENIUS KABI USA, LLC<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 1:20-cv-431-MN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] FINAL JUDGMENT

This Court held a bench trial on January 24, 2022 through January 27, 2022, and this Court having heard testimony on behalf of Plaintiffs Ferring Pharmaceuticals Inc., Ferring International Center S.A., Ferring B.V., and Polypeptide Laboratories A/S (collectively, "Ferring") and Defendant Fresenius Kabi USA, LLC ("Fresenius"), having considered the evidence submitted at trial by the parties, and having reviewed the parties' post-trial briefs;

IT IS ORDERED AND ADJUDGED, for the reasons set forth in the Court's December 12, 2022 Memorandum Opinion (D.I. 223):

1.  Judgment is hereby entered in favor of Ferring and against Fresenius that Fresenius will induce infringement of claims 3 and 13 of United States Patent Number 9,579,359 ("the '359 patent") and claims 16 and 26 of United States Patent Number 10,729,739 ("the '739 patent").

2. Judgment is hereby entered in favor of Fresenius and against Ferring that claims 3 and 13 of the '359 patent and claims 16 and 26 of the '739 patent are invalid under 35 U.S.C. § 103.

3. Judgment is hereby entered in favor of Fresenius and against Ferring that Fresenius will not induce infringement of claims 3, 5, 8, or 14 of United States Patent Number 10,973,870 ("the '870 patent").

4. Judgment is hereby entered in favor of Ferring and against Fresenius that claims 3, 5, 8, and 14 of the '870 patent were not shown to be invalid.

5. Judgment is hereby entered in favor of Fresenius and against Ferring that Fresenius will not induce infringement of claim 2 of United States Patent Number 9,415,085 ("the '085 patent") or claim 2 of United States Patent Number 10,695,398 ("the '398 patent").

6. Judgment is hereby entered in favor of Ferring and against Fresenius that claim 2 of the '085 patent and claim 2 of the '398 patent were not shown to be invalid.

7. Judgment is hereby entered in favor of Ferring and against Fresenius that Fresenius infringes claim 10 of United States Patent Number 8,828,938 ("the '938 patent") and that claim 10 of the '938 patent was not shown to be invalid.

8. Judgment is hereby entered in favor of Ferring and against Fresenius that dismissal of Ferring's claims related to United States Patent Number 8,841,081 and United States Patent Number 9,877,999 is without prejudice.

9. Judgment is hereby entered that Fresenius and its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them will refrain from manufacturing, using, offering to sell, or selling within the United States, or importing into the United States, Fresenius's ANDA product, as that ANDA product is described

in Fresenius's ANDA No. 211999 as of the date of the parties' filing of this Final Judgment and Order, until the earlier of (i) fifteen (15) months from the entry of this Final Judgment and Order by this Court or (ii) the entry of a final decision from which no appeal (other than a petition to the Supreme Court for a writ of certiorari) can be taken in the above-captioned Action.

Dated this \_\_\_ day of _____, 2023.

_____
THE HONORABLE MARYELLEN NOREIKA