NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FERRING PHARMACEUTICALS INC., FERRING INTERNATIONAL CENTER SA, FERRING B.V., POLYPEPTIDE LABORATORIES A/S,**
*Plaintiffs-Appellants*

v.

**FRESENIUS KABI USA, LLC,**
*Defendant-Cross-Appellant*

---

2023-1460, 2023-1559

---

Appeals from the United States District Court for the District of Delaware in No. 1:20-cv-00431-MN, Judge Maryellen Noreika.

---

## O R D E R

The parties, having so agreed,

IT IS ORDERED THAT:

The above-captioned appeals are dismissed under Fed. R. App. P. 42(b) with each side to bear their own costs.

FOR THE COURT

May 31, 2024, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** May 31, 2024